C12-22935

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

**THOMAS LAY**

    **Plaintiff**

**Vs.**                                                 **Case No.: CAL12-22935**

**STATE OF MARYLAND, et. al.**

    **Defendants**

## MEMORANDUM AND ORDER OF COURT

Defendant has filed a motion to dismiss and the plaintiff has filed a voluntarily dismissal of defendant, Prince George's County. In light of the pleadings, defendant Prince George's County will be dismissed.

Counsel for the plaintiff is advised that once defendant, State of Maryland has been served, the court will be happy to set the matter in for an immediate status hearing.

**THEREFORE**, it is this 13th day of September, 2012 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, Defendant **Prince George's County ONLY is DIMISSED**.

                                                    _____
                                                    Leo E. Green, Jr., Judge

Copies mailed by Court to:

Jay P. Holland, Esq.
Puja Gupta, Esq.
Joseph, Greenwald & Laake
6404 Ivy Lane #400
Greenbelt, MD 20770

Tonia Y. Belton Gofreed, Esq.
Office of Law Room 5121

Roger L. Wolfe, Esq.
Office of the Attorney General of Maryland
200 St. Paul Place 20th Floor
Baltimore, MD 21202

_Lori Hester_ 9/13/12
Lori Hester, Admin Aide to the
Honorable Leo E. Green, Jr.

ENTERED 9/24/12